IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH WOLBERT : CIVIL ACTION
:
v. :
:
MR. ROZUM, ET AL. : NO. 11-190

## ORDER

**AND NOW**, this 23rd day of June, 2011, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and after review of United States Magistrate Jacob P. Hart's Report and Recommendation (Docket No. 15), to which Petitioner has filed no Objections, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Hart is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

3. Because Petitioner has failed to make a substantial showing of the denial of a constitutional right or to demonstrate that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).

4. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

John R. Padova, J.

ENTERED
JUN 24 2011
CLERK OF COURT